UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| ABBVIE INC., A DELAWARE CORPORATION; ALLERGAN, INC., A DELAWARE CORPORATION; DURATA THERAPEUTICS, INC., A DELAWARE CORPORATION; ABBVIE PRODUCTS LLC, A GEORGIA LIMITED LIABILITY COMPANY; PHARMACYCLICS LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND ALLERGAN SALES, LLC, A DELAWARE LIMITED LIABILITY COMPANY;<br><br>Plaintiffs,<br><br>vs.<br><br>MARTY JACKLEY, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA; AND LARRY D. DEITER, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE SOUTH DAKOTA DIVISION OF INSURANCE;<br><br>Defendants. | 3:25-CV-03006-RAL<br><br>ORDER FOR HEARING ON POSSIBLE CONSOLIDATION AND TO SET MOTION HEARING |

Three cases have been filed in the United States District Court for the District of South Dakota over the course of this year that challenge and seek to enjoin the enforcement of recently enacted Senate Bill (SB 154), which restricts certain practices by pharmaceutical manufacturers, renders some practices to be deceptive trade practices, and grants a private right of action for violating SB 154. See AbbVie, Inc. et al. v. Jackley et al., Case No. 3:25-cv-03006-RAL; AstraZeneca Pharms. LP v. Jackley et al., Case No. 4:25-cv-04156-RAL; PhRMA v. Jackley et

1

al., Case No. 3:25-cv-03021-RAL. The undersigned was assigned to the oldest of these three cases—AbbVie, Inc. et al. v. Jackley et al., Case No. 3:25-cv-03006-RAL—and recently received assignment to the other two such cases. The cases are not identical but have substantial overlap in claims and arguments.

On September 16, 2025, the Defendants filed a Motion to Consolidate these three cases, though what they envisioned for consolidation was not entirely clear. Doc. 42 in 3:25-cv-03006-RAL. The plaintiffs in the oldest case, AbbVie, Inc. et al. v. Jackley et al., responded that "consolidation for administrative purposes would promote judicial economy" but opposed more extensive consolidation, such as requiring consolidated briefs among the plaintiffs in the three cases or joint discovery. Doc. 43 at 2–3 in 3:25-cv-03006-RAL. This Court does not intend to require any sort of consolidation that would require the plaintiffs in the three cases to file one brief jointly, but wants to hear from the parties about their respective views of consolidation otherwise, scheduling of hearings, and proposed order of ruling on the other pending motions in the cases, which are:

- Defendants' Motion to Dismiss Complaint for Failure to State a Claim, Doc. 14, and Defendants' Motion to Dismiss First Amended Complaint, Doc. 40, in AbbVie, Inc. et al. v. Jackley et al., Case No. 3:25-cv-03006-RAL;

- Defendants' Motion to Stay Deadline for Responsive Pleadings, Doc. 10, and Plaintiff's Motion for Preliminary Injunction and Motion for Permanent Injunction, Doc. 17, per prayer for relief in Amended Complaint, in AstraZeneca Pharms. LP v. Jackley et al., Case No. 4:25-cv-04156-RAL; and

- Defendants' Motion to Stay Deadline for Responsive Pleadings, Doc. 3, in PhRMA v. Jackley et al., Case No. 3:25-cv-03021-RAL.

Therefore, it is

ORDERED that the parties work with this Court to set a telephonic hearing to occur with all parties represented to discuss possible consolidation or other coordination of the cases and the setting of a hearing or hearings on pending motions. It is further

ORDERED that the parties need not further brief the Motion to Consolidate.

DATED this 2nd day of October, 2025.

                              BY THE COURT:

                              ROBERTO A. LANGE
                              CHIEF JUDGE