UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| ABBVIE INC., A DELAWARE CORPORATION; ALLERGAN, INC., A DELAWARE CORPORATION; DURATA THERAPEUTICS, INC., A DELAWARE CORPORATION; ABBVIE PRODUCTS LLC, A GEORGIA LIMITED LIABILITY COMPANY; PHARMACYCLICS LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND ALLERGAN SALES, LLC, A DELAWARE LIMITED LIABILITY COMPANY; <br><br> Plaintiffs, <br><br> vs. <br><br> MARTY JACKLEY, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA; AND LARRY D. DEITER, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE SOUTH DAKOTA DIVISION OF INSURANCE; <br><br> Defendants. | 3:25-CV-03006-RAL <br><br><br> ORDER SETTING TELEPHONIC MOTION HEARING |

On October 2, 2025, this Court entered an Order for Hearing on Possible Consolidation and to Set Motion Hearing. Doc. 45 in No. 3:25-cv-03006-RAL; Doc. 19 in No. 4:25-cv-04156-RAL; Doc. 5 in No. 3:25-cv-03021-RAL. That Order detailed the Court's reasoning for holding a single hearing regarding the pending Motion for Consolidation, Doc. 42 in No. 3:25-cv-03006-RAL. For good cause, it is hereby

1

ORDERED that a telephonic motion hearing is set for Friday, November 21, 2025, at 2:00 p.m. in the Federal Courtroom of the United States Courthouse in Sioux Falls, South Dakota.

DATED this 7th day of October, 2025.

                                    BY THE COURT:

                                    ROBERTO A. LANGE
                                    CHIEF JUDGE