# Exhibit 3



**HRSA**
Health Resources & Services Administration

**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

October 30, 2025

**BY EMAIL**
Helmuth Fendel
Vice President, Market Access Account Management & Trade
AbbVie, Inc.
Helmuth.Fendel@abbvie.com

Dear Helmuth Fendel:

The Office of Pharmacy Affairs (OPA) has received and reviewed AbbVie Inc./Pharmacyclics' (AbbVie) plan for participation in the 340B Rebate Model Pilot Program. The revised plan submitted on October 29, 2025, is approved for an implementation date of January 1, 2026.[1]

OPA has approved the data fields below for participating manufacturers to request from covered entities as part of the 340B Rebate Model Pilot Program. It should be noted that data requests are limited to these approved fields, and that no rebate claims may be denied for the absence of the optional fields outlined below.

| Pharmacy Claims Data Fields | Medical Claims Data Fields |
|---|---|
| Date of Service | Date of Service |
| Date Prescribed | Claim Line Number |
| Rx number | Claim Number |
| Fill number | Unit of Measure |
| NDC-11 | NDC-11 |
| Quantity Dispensed | Quantity |
| Prescriber ID | Rendering Physician ID |
| Service Provider ID | Service Provider ID |
| 340B ID | 340B ID |
| RX BIN | Health Plan Name |
| RX PCN | Health Plan ID |
| Group Number ID (optional) | Health Plan ID Qualifier (optional) |
|  | HCPCS Code (optional) |
|  | HCPCS Modifiers (Up to 4) (optional) |

During this initial phase of the Rebate Model Pilot Program, OPA is not allowing participating manufacturers to collect purchase data from covered entities, even as an optional field. However, OPA will instruct covered entities to purchase products subject to the pilot in their current 340B wholesale accounts

---

[1] As outlined in the *Federal Register Notice*, the scope of the 340B Rebate Model Pilot Program is limited to the NDC–11s included on the CMS Medicare Drug Price Negotiation Selected Drug List ("List") for 2026. The NDCs submitted in the revised plan are approved only to the extent they are published on the List. Please work to ensure that all NDCs in the revised plan are included on the List as 340B-rebates may not be offered for any NDC that does not appear on the List.

at the prices loaded by manufacturers (generally at WAC). OPA will also instruct covered entities to request rebates only after a purchase and to dispense 340B-rebate purchases solely to eligible 340B patients. Manufacturers should continue to work with their distribution partners to leverage data from wholesalers to monitor that the number of purchases made at WAC in those 340B wholesale accounts correspond to the number of rebates requested, whether through a chargeback feed or other report. Only NDCs that appear on the CMS Medicare Drug Price Negotiation Selected Drug List and have an approved plan in place, should list a WAC price in a 340B wholesale account. All other covered outpatient drugs should list the 340B ceiling price in the 340B wholesale account. OPA will evaluate covered entity and manufacturer compliance with the rebate model pilot as part of its 340B compliance audits.

Consistent with the August 7, 2025, *Federal Register notice,* manufacturers must provide covered entities with 60 calendar days' notice before implementation of an approved rebate model, with instructions for registering for any IT platforms. Notice should also provide details of the rebate plan as described in the *Federal Register notice* and also include how covered entities should submit unreplenished accumulations that occur prior to the implementation date of the approved rebate model; technical assistance for setting up files for submission, including data definitions for each allowable data field; a description of how the rebate will be calculated and paid; and details for how to seek assistance from both the IT vendor and the manufacturer contact. OPA will post a summary of AbbVie's plan to the OPA website.

As noted in the August 7, 2025, *Federal Register notice*, manufacturers must agree to provide OPA with reports detailing 340B-rebate purchases, and information related to claim delays and denials. In order to facilitate transfer of this data, OPA requests that AbbVie submit reports via Application Programming Interface (API) submissions to the 340B Prime Vendor, at least monthly. The attached file provides the requested fields. Please register at www.login.warehouse.apexus.com to create an account for reporting.

As a reminder, OPA reserves the right to revoke approval of AbbVie's participation in the 340B Rebate Model Pilot Program at any time if the manufacturer is not compliant with the plan as approved, including by denying rebates to covered entities for reasons not consistent with the August 7, 2025, *Federal Register notice* and not established in the approved plan.

HRSA plans to continue our collaboration with you in the coming months and as the pilot begins so that progress can be monitored and concerns addressed as they arise. Questions may be directed to 340BPricing@hrsa.gov.

Sincerely,

*Krista M. Pedley*

Krista M. Pedley, Pharm D, MS
RDML, USPHS Assistant Surgeon General
Director, Office of Special Health Initiatives

Attachment