**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**
**CENTRAL DIVISION**

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br>*Plaintiffs,*<br>v.<br>MARTY JACKLEY, in his official capacity as ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA,<br>and<br>LARRY D. DEITER, in his official capacity as DIRECTOR OF THE SOUTH DAKOTA DIVISION OF INSURANCE,<br>*Defendants.* | No. 3:25-CV-3006-RAL<br>**NOTICE OF PRO HAC VICE COUNSEL'S CHANGE IN LAW FIRM** |

The undersigned, having previously moved this Court for admission of Matthew S. Owen *pro hac vice* to act as counsel for plaintiffs AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc. AbbVie Products LLC, Pharmacyclics LLC, and Allergan Sales, LLC in the above-caption matter, became aware that Matthew S. Owen is now affiliated with a different law firm—that is, Gibson, Dunn & Crutcher, LLP. This Notice is submitted to advise this Court that the undersigned has confirmed that Gibson, Dunn & Crutcher, LLP holds a South Dakota State Sales and Use Tax license. All other information in the Statement of Movant contained in Doc. 9 remains correct to the best of the undersigned's knowledge.

Dated this 3rd day of September, 2026.

Respectfully submitted,

Catherine A. Seeley

Catherine Seeley
GUNDERSON, PALMER, NELSON &
ASHMORE, LLP
506 6th Street
Rapid City, SD 57701
Telephone: (605) 342-1078
Email: cseeley@gpna.com